# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA SEGOVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON COAT FACTORY WAREHOUSE CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-06730-CPO-MJS<br><br>**NOTICE OF MOTION TO DISMISS CLASS ACTION COMPLAINT** |

**TO:**  Yitzchak Kopel
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
ykopel@bursor.com
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that on October 7, 2024, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Burlington Coat Factory Warehouse Corporation ("Burlington"), will move before the Honorable Christine P. O'Hearn, U.S.D.J. of the United States District Court for the District of New Jersey, located in the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an Order granting the Burlington's Motion to Dismiss Plaintiff's Class Action Complaint (ECF No. 1) in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice; and

**PLEASE TAKE FURTHER NOTICE** that the Burlington will rely on the

attached Brief in Support of its Motion; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: August 30, 2024                                  Respectfully submitted,

 /s/ *Stephen C. Matthews*
Stephen C. Matthews
**DLA Piper LLP (US)**
51 John F. Kennedy Parkway, Ste. 120
Short Hills, New Jersey 07078
Tel: 973.520.2541
stephen.matthews@us.dlapiper.com

Isabelle L. Ord (*pro hac vice forthcoming*)
**DLA Piper LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105
Tel: (415) 836-2500
isabelle.ord@us.dlapiper.com

Austin Rainwater (*pro hac vice pending)*
Jeff DeGroot (*pro hac vice pending)*
Virginia Weeks (*pro hac vice forthcoming*)
**DLA Piper LLP (US)**
701 Fifth Street, Suite 6900,
Seattle, Washington 98104-7029
Tel: 206-839-4800
austin.rainwater@us.dlapiper.com
jeffrey.degroot@us.dlapiper.com
virginia.weeks@us.dlapiper.com

*Attorneys for Defendant*
*Burlington Coat Factory Warehouse*
*Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2024, I electronically filed the following documents using the Court's electronic filing system:

1. Notice Motion to Dismiss Class Action Complaint;

2. Defendant Burlington Coat Factory Warehouse Corporation's Brief in Support of Its Motion to Dismiss Class Action Complaint; and

3. Proposed Form of Order.

Parties may access this filing through Court's CM/ECF system.

Dated:  August 30, 2024

*s/ Stephen C. Matthews*
Stephen C. Matthews